AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT _____ NEW JERSEY

UNITED STATES OF AMERICA
V.
DHIRENKUMAR PARIKH

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 12-3083-01(PS)

I, _____ DHIRENKUMAR PARIKH _____, charged in  X complaint  ☐ petition pending in this District __of New Jersey_____

in violation of _____ Title 8 +/18 _____, U.S.C., § 1324(a)(1)(A)(v)(I) ', 371 _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. including my right to have a _____ ☐ examination  ☐ hearing , do hereby waive (give up) my right to a inary ☐ examination  ☐ hearing.

_____
Defendant

June 5, 2012
Date

_____
Counsel for Defendant